UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEI-LUN CHEN,                                   :
               Plaintiff,                       :
                                     :
    - against -                                  :      **Civil Action No.: 07 CV 7691**
                                     :      **(Marrero, J.) (Freman, M.J.)**
NEW YORK STATE DIVISION OF                      :
HOUSING and COMMUNITY RENEWAL,                  :
PAUL FULLER, ANGELIQUE JOSEPH,                  :
JOYCE KONG and ALRITA PHILLIPS,                 :
                                     :
           Defendants.                      :
------------------------------------------------------------X

## STIPULATION

    **PLEASE TAKE NOTICE,** that upon the consent of the plaintiff and the New York

State Division of Housing and Community Renewal; Paul Fuller; Angelique Joseph; Joyce Kong;

and Alrita Phillips (hereinafter "State Defendants"), it is hereby stipulated and agreed by and

between the undersigned as counsel for the plaintiff and the State Defendants herein, that the

time for the State Defendants to answer, file its motion to dismiss, or otherwise respond to the

complaint is extended through December 6th, 2007.

OCT-25-2007  14:45

**IT IS FURTHER AGREED AND STIPULATED THAT,** a facsimile signature on this

stipulation shall have the same force and effect as an original.

Dated: New York, New York
        October 25, 2007


STEPHEN C. JACKSON, Esq.             ANDREW M. CUOMO
Attorney for Plaintiff                Attorney General for the State of New York
                                      Attorney for State Defendants


By: _____           By: _____
    Empire State Building                 Anthony J. Tomari, Esq.
    350 Fifth Avenue, Suite 2310          Assistant Attorney General
    New York, New York 10118             120 Broadway, 24th Floor
    (212) 643-2394 - T                    New York, New York 10271
    (212) 239-6900 - F                    (212) 416-8553 - T
                                          (212) 416-6009 - F


SO ORDERED:


_____
U.S.D.J.


2

TOTAL P.03