*Stephen Curtis Jackson*

**Attorney At Law**
**Empire State Building**
**350 Fifth Avenue, Suite 2310**
**New York, New York 10118**
E-Mail StevenJacklaw@aol.com

(212) 643-2394              Fax (212) 239-6900

VIA FAX

June 26, 2008

Honorable Victor Marrero
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re: <u>Chen v. New York State Division of Housing and Community Renewal et al</u>
    07 Civ 7691 (VM)

Dear Judge Marrero:

    I represent the plaintiff in the above referenced matter. I write this letter in respectfully requesting that the court extend the completion of discovery in this matter to September 30, 2008 due to a heavy calendar commitments. Accordingly, the undersigned request that the conference scheduled for June 27, 2008 at 9:30 a.m. be adjourned. Defendant's counsel consents to this application. If you have any questions I can be reached at 212-643-2394.

Respectfully submitted

Stephen C. Jackson

cc: Anthony Tomari, Esq.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
FILED: 6-27-08

---

Request GRANTED. The next status conference herein is rescheduled to 10-17-08 at 4:30 p.m. The time for completion of discovery herein is extended to SO ORDERED. 9-30-08. No further extensions will be given.

6-26-08
DATE                VICTOR MARRERO, U.S.D.J.